IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CV-71-D

| | | |
|---|---|---|
| PATRICIA BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On July 2, 2010, Magistrate Judge Gates issued a Memorandum and Recommendation

("M&R"). In that M&R, Judge Gates recommended that plaintiff's motion for judgment on the

pleadings be denied, defendant's motion for judgment on the pleadings be granted, and that the

defendant's final decision be affirmed. No party filed objections to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of

those portions of the [magistrate judge's] report or specified proposed findings or recommendations

to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315

(4th Cir. 2005) (alteration in original) (emphasis removed) (quotation omitted). Absent a timely

objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that

there is no clear error on the face of the record in order to accept the recommendation." Id.

(quotation omitted).

The court has reviewed the M&R, the record, and the briefs. The court is satisfied that there

is no clear error on the face of the record. Plaintiff's motion for judgment on the pleadings [D.E. 10]

is DENIED, defendant's motion for judgment on the pleadings [D.E. 12] is GRANTED, the

defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk is directed to

close the case.

SO ORDERED. This **23** day of July 2010.

JAMES C. DEVER III
United States District Judge