AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| PATRICIA BELL,<br>      Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:09-CV-71-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the court is satisfied that there is no clear error on the face of the record. Plaintiff's motion for judgment on the pleadings [D.E. 10] is DENIED, defendant's motion for judgment on the pleadings [D.E. 12] is GRANTED, the defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk is directed to close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JULY 26, 2010** WITH A COPY TO:

Elizabeth F. Lunn (via CM/ECF Notice of Electronic Filing)
Charlene P. Bellinger-Honig (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| July 26, 2010<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |